FILE COPY

## *11ᵗʰ Court of Appeals Mandate*

**THE STATE OF TEXAS**

**TO THE 29TH DISTRICT COURT OF PALO PINTO COUNTY, GREETINGS:**

BEFORE our Court of Appeals for the Eleventh District of Texas, on October 19, 2017, the cause upon appeal to revise or reverse your judgment between

In the interest of J.A.D., J.A.D., and J.A.D., children

11th Court of Appeals No. 11-17-00152-CV and
29th District Court Case No. C47183

was determined; and therein our said Court made its order in these words:

*"This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed. "*

**WHEREFORE WE COMMAND YOU** To observe the order of our said Court of

Appeals for the Eleventh District of Texas, in this behalf, and in all things to have it duly

recognized, obeyed and executed.



WITNESS, the HON. JIM R. WRIGHT, Chief Justice of our said Court, with the seal thereof annexed at the City of Eastland, on January 5, 2018.

*Sherry Williamson*

**SHERRY WILLIAMSON, CLERK**

By: Cheryl Busk, Deputy